| PROB 22<br>(Rev. 04/24) | | DOCKET NUMBER *(Tran. Court)*<br>0971 3:20CR00260 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Northern District of California | DIVISION<br>San Francisco |
|---|---|---|
| Jack Abramoff | NAME OF SENTENCING JUDGE<br>The Honorable Richard Seeborg Chief United States District Judge | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>11/18/25 | TO<br>11/17/28 |

**OFFENSE**

Count One: Conspiracy 18 U.S.C. § 371
Count Two: Lobbying Disclosure Act 2 U.S.C. §§ 1603(a) and 606(b)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Abramoff intends to remain in Maryland, where he has established residence and employment.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ California _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ District of Maryland _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____ January 6, 2026 _____
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _Maryland_ _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____ 1/7/2026 _____
Effective Date

_[signature]_
United States District Judge

Prepared by: ME